IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL MINISSALE,

    Plaintiff,

v.

KAMPFER ENTERPRISES, INC., et al.,

    Defendants.

Civ. No. 6:20-cv-00682-AA

**JUDGMENT**

AIKEN, Judge:

This action is DISMISSED with prejudice and without costs, disbursement or attorney fees to any party. IT IS SO ORDERED.

DATED this 2nd day of July, 2021.

                                        /s/Ann Aiken
                                          Ann Aiken
                                  United States District Judge

1 –JUDGMENT